IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA
Miami Division

CASE NO. **21-22723-BB**
*On review from BKC 21-1054 SDFL*

FILED BY_____AP_____D.C.
Jan 12, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ALBERTO SOLER,
Appellant,
-v-

FHFA & FANNIE MAE KONDAUR CAPITAL-FORMIAMI20-INC
Appellees.

**MOTION FOR LEAVE TO PROCEED IFP ON APPEAL**

Appellant, the debtor Plaintiff, ALBERTO SOLER (Soler) moves the District Court for leave IFP on appeal. <u>Attached</u> The Bankruptcy Court *granted IFP* on appeal, **11CCA 21-14091**, no appeal was heard appeal taken to the 11th Circuit IFP should be granted especially since he lost everything under color of law.

<u>Dated: 12/27/2021</u>

/s/ ALBERTO SOLER
Plaintiff/Appellant
4741 NW 5th St
Miami Fl. 33126

CERTIFICATE OF SERVICE

I HEREBY certify that the foregoing was forwarded/furnished to all interest parties state and bankruptcy attorneys email address of record this 27th day of December 2021.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Alberto Soler ) | |
| *Plaintiff/Petitioner* ) | Civil Action No. 21-22327-BB |
| v. ) | |
| ForMiami20 Inc, et al., ) | *IICCA: 21-14091-* |
| *Defendant/Respondent* ) | *BKC- 21-01054* |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

   I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

   In support of this application, I answer the following questions under penalty of perjury:

   1. *If incarcerated.* I am being held at: _____N/A_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

   2. *If not incarcerated.* If I am employed, my employer's name and address are:
Currently unemployed
evicted not stable lost property lost everything no money living off others
appeal issue is about it all

My gross pay or wages are: $ _____0.00_____, and my take-home pay or wages are: $ _____0.00_____ per
*(specify pay period)* _____0_____.

   3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

   *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account:  $_____0.00__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

homeless

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
living with others here and there

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

everyone supportin me

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:      12/27/2021                                                  /Alberto Soler/
                                                                        *Applicant's signature*

                                                                       Alberto Soler
                                                                       *Printed name*

Alberto Soler

4741 NW 5 st
Miami, Fl. 33126



Royal Palms PaOC
TUE 28 DEC 2021 AM

U.S. Dist. Ct.
SD Fl.
Office of the Clerk
400 N. Miami Ave
Miami, Fl. 33128

